DONALD CLOYCE WAGDA (CA SBN 257254)
547 Blackhawk Club Drive
Danville, California  94506
Telephone:  (650) 644-7151
donald@wagdalaw.com

*Pro Se* Plaintiff and *Qui Tam* Relator

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*ex rel.* DONALD CLOYCE WAGDA,<br><br>Plaintiff,<br><br>vs.<br><br>RABOBANK, NATIONAL ASSOCIATION, a national association, and<br><br>DOES 1-50, jointly and severally,<br><br>Defendants. | Case No. 2:19-cv-01079-MCE-EFB<br><br>**ORDER RE PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** |

Having reviewed Plaintiff's Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a) and the other files and records in this case, it is hereby ORDERED that this Action is dismissed, without prejudice, in its entirety.   The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

DATED:  December 28, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE